**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Jessica M. Parker
In Proper Person
830 Belle Drive
Breaux Bridge LA 70517

**REHEARING ACTION: May 12, 2010**

**Docket Number: 09   01226-CA**

**JESSICA M. PARKER**
**VERSUS**
**UNIVERSITY MEDICAL CENTER**

**Appealed from Lafayette Parish Case No. C-20054710**

**BEFORE JUDGES:**

 **Hon. Ulysses Gene Thibodeaux**
 **Hon. Jimmie C. Peters**
 **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jessica M. Parker** has this day been

 **DENIED.**

cc: Katherine Wheeler, Counsel for the Appellee